IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL YANOVSKY,<br><br>    Defendant. | No. CR 07-0037 SI<br><br>[PROPOSED] STIPULATED ORDER RE: HOME DETENTION |

Mr. Yanovsky's supervision in the above-entitled case has been transferred to the Northern District of California from the District of California. As part of his sentence in his Oregon case, he was ordered to adhere to a home detention schedule prescribed by the Probation Officer. *See United States v. Michael Yanovsky*, CR 04-30060-01 HO (D. Or. Nov. 11, 2006) (Ord. Judgment & Commitment).

The defendant is now employed in a position that requires travel outside of the Northern District of California. He has petitioned this Court to modify his home confinement conditions, to permit him to travel outside of the Northern District if he first notifies his supervising Probation Officer, and has the approval of that officer. The Court is informed that the defendant's supervising probation officer has no objection to this requested modification.

Therefore, for good cause shown, Michael Yanovsky may leave his home and the Northern

District of California for work-related trips during his period of home confinement, if: 1. he has first notified his supervising probation officer of his proposed itinerary, and 2. his supervising probation officer has approved the itinerary and given permission for the trip.

IT IS SO ORDERED.

_____     _____
DATED                        SUSAN ILLSTON
                             United States District Court Judge

IT IS SO STIPULATED.

_____        /s_____
DATED                  SCOTT N. SCHOOLS
                       United States Attorney
                       Northern District of California
                       THOMAS P. MAZZUCO
                       Assistant United States Attorney


_____        /s_____
DATED                  BARRY J. PORTMAN
                       Federal Public Defender
                       Northern District of California
                       STEVEN G. KALAR
                       Assistant United States Attorney