

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

IRIS R. WINEY
*ACTING CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 10, 2007

FILED
APR 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
APR 11 2007
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

The Honorable Susan Illston
United States District Judge
San Francisco, CA

Re:   Michael Gregory Yanovsky
      Docket No.: CR 07-0037 SI
      TRAVEL REQUEST

Your Honor:

On November 22, 2006, the offender was sentenced in the District of Oregon to five years probation for a violation of 21 U.S.C. § 846, a Class D felony. The following special conditions of probation were ordered: Fine $10,000; mental health treatment; home detention for a period of 1 year; collection of DNA; all employment approved by probation officer. Since his sentencing, his case has been transferred to the Northern District of California and assigned to Your Honor. On April 2, 2007, Your Honor signed an order that Mr. Yanovsky be permitted to travel for work-related matters in the U.S. while on home confinement with probation officer approval.

Mr. Yanovsky is requesting to travel to Germany from May 18, 2007 until May 31, 2007 and then again on June 15, 2007 until June 28, 2007. Mr. Yanovsky is a music promoter and his travel to Germany is for business.

The undersigned recommends that international travel be approved.

NDC-SUPV-049 11/14/05

Michael Gregory Yanovsky                                                                                                  Page 2
CR 07-0037 SI

Respectfully submitted,                                          Reviewed by:

_____                                       _____
Jennifer Hutchings                                                James M. Schloetter
U.S. Probation Officer                                           Supervisory U.S. Probation Officer

---

Travel is:
☒ Approved
☐ Denied

_____4/11/07_____                                      _____
Date                                                              Susan Illston
                                                                  United States District Judge