# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*



**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 2, 2009

**RECEIVED**

APR 2 2009

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Honorable Susan Illston
United States District Judge
Northern District of California

**Re:** **Michael G. Yanovsky**
   **Docket No.: CR 3:07-00037-01**
   **REQUEST TO CONTINUE HEARING**

Your Honor:

On November 20, 2006, the offender was sentenced by the Honorable Michael R. Hogan, in the District of Oregon, for a violation of the following: Count One: Conspiracy to Distribute Marijuana, 21 U.S.C. § 846, a Class D felony. The following special conditions of supervision were ordered: home confinement with electronic monitoring 12 months; DNA collection; all employment approved by probation officer; fine $10,000; and mental health treatment. Supervision commenced on November 20, 2006. On January 16, 2007, jurisdiction was transferred from the District of Oregon to the Northern District of California.

On March 20, 2009, defense counsel submitted a motion for an early termination hearing on April 3, 2009. This motion was not previously discussed with the undersigned officer and the undersigned is unavailable on that date. The undersigned respectfully requests that the hearing date be continued until April 17, 2009, at 11:00 a.m.

Respectfully submitted,

Reviewed by:

_____
Bobby H. Love, Jr.
U.S. Probation Officer

_____
James M. Schloetter
Supervisory U.S. Probation Officer

NDC-SUPV-049 11/14/05

Michael G. Yanovsky                                            Page 2
CR 3:07-00037-01

Continuance of hearing until April 17, 2009, at 11:00 a.m. is:

☒ Approved
☐ Denied
☐ Other

_____4|\mathbf{v} 09_____                   _____ S A S _____
Date                                         Susan Illston
                                             United States District Judge