DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Michael Yanovsky**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL YANOVSKY, <br><br> Defendant. | Case No. CR 07-0037 SI <br><br> **STIPULATION TO CONTINUE MOTIONS HEARING AND [PROPOSED] ORDER THEREON** <br><br> Date: May 11, 2009 <br> Time: 11:00 a.m. <br> Ctrm: 4 |

**IT IS HEREBY STIPULATED** by and between the parties that the motions hearing, currently set for May 11, 2009 at 11:00 a.m., be continued to the Court's regular criminal calendar on May 15, 2009 at 11:00 a.m.

The reason for the stipulation is that probation officer Bobby Love is unavailable on May 11, 2009.

**IT IS SO STIPULATED.**

                                         **JOSEPH P. RUSSONIELLO, ESQ.**
                                         United States Attorney

Dated: May 13, 2009         By: /s/ Timothy Lucey
                                            **TIMOTHY LUCEY, ESQ.**

                                         Assistant United States Attorney

| | | |
|---|---|---|
| 1 | | **BAY AREA CRIMINAL LAWYERS, PC** |
| 2 | Dated: May 13, 2009 | By: |
| 3 | | /s/ David J. Cohen<br>**DAVID J. COHEN, ESQ.** |
| 4 | | Attorneys for Defendant Yanovsky |

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE